IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT JOHN RUCKER, SR.,

    Plaintiff,

v.                                CASE NO. 4:15cv390-RH/CAS

REGIONAL DIRECTOR OF
CORIZON HEALTH CARE, and
KIMBERLY CLARK,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 5. I have reviewed de novo the issues raised by the objections.

As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not adequately alleged that he is in imminent danger of serious physical injury. The plaintiff therefore cannot proceed in forma pauperis. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on October 5, 2015.

                                s/Robert L. Hinkle
                                United States District Judge